# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SEAN V.B. BRIGIDA, et al. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-CV-1443-S-BK |
| | § | |
| RONALD C. VALK d/b/a PLATINUM | § | |
| CONSTRUCTION, et al. | § | |

## ORDER

Pending before the Court is Plaintiffs' Agreed Motion to Dismiss Plaintiffs' Claims With Prejudice [ECF No. 187]. Having considered Plaintiffs' Motion and Defendants' agreement thereto, the Court finds that the Motion should be granted.

It is hereby **ORDERED** that Plaintiffs' Agreed Motion to Dismiss Plaintiffs' Claims With Prejudice is **GRANTED** and that Plaintiffs' claims against Defendants in this action are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

SIGNED October 16, 2019.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**